# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Roy Edwin Steimer aka Roy E. Steimer aka Roy Steimer fdba RS Collision Service**

       Debtor(s)

**BK NO. 21-01985 MJC**

Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Community Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

        Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
03 Jan 2022, 15:29:53, EST

    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    215-627-1322