United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 21-01985-MJC

Roy Edwin Steimer     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 2
Date Rcvd: Jan 07, 2022     Form ID: 318     Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roy Edwin Steimer, 214 E. Broad Street, East Stroudsburg, PA 18301-2308 |
| 5435365 | + | ADAMS, LONDON & WEISS, LLC, PO BOX 37428, HOUSTON, TX 77237-7428 |
| 5435367 | + | ALTUS RECEIVABLES MANAGEMENT, 2400 VETERANS MEMORIAL BLVD., SUITE 300, KENNER, LA 70062-8725 |
| 5435368 | + | BLUE RIDGE CABLE, 920 EHLER STREET, STROUDSBURG, PA 18360-1121 |
| 5435369 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 5435370 | + | CCP INDUSTRIES, INC., PO BOX 73627, CLEVELAND, OH 44193-0002 |
| 5435371 | + | CHERYL STEIMER, 214 E. BROAD STREET, EAST STROUDSBURG, PA 18301-2308 |
| 5435372 | + | CLEAR CHOICE OF GLASS & MIRROR, 2400 NORTH FIFTH STREET, SUITE 102, EAST STROUDSBURG, PA 18301-8176 |
| 5435374 | + | COUNTY WASTE, PO BOX 8010, CLIFTON PARK, NY 12065-8010 |
| 5435375 | | COURT OF COMMON PLEAS, OF MONROE COUNTY, 7TH AND MONROE, STROUDSBURG, PA 18360 |
| 5435376 | + | CREST EAST COAST, 1109 INDUSTRIAL PARKWAY, PO BOX 550, BRICK, NJ 08723-0550 |
| 5435377 | + | ENTERPRISE RENT-A-CAR, ATTN ACCTS RECEIVABLE, 2625 MARKET PLACE, HARRISBURG, PA 17110-9362 |
| 5435378 | + | GOLDEN EAGLE LEASING, INC., 525 WASHINGTON BLVD., 15TH FL, JERSEY CITY, NJ 07310-2603 |
| 5435379 | + | KING SPRY HERMAN FREUND & FAUL, ONE W BROAD ST STE 700, BETHLEHEM, PA 18018-5783 |
| 5435380 | + | KLINE'S AUTO, INC., 630 N. 13TH STREET, ALLENTOWN, PA 18102-2106 |
| 5435381 | + | KULP, 1828 SWAMP PIKE, GILBERTSVILLE, PA 19525-9668 |
| 5435382 | + | LEONARD ALTIERI, III, ESQ., TOSCANI & GILLIN, P.C., 230 N. MONROE STREET, MEDIA, PA 19063-2908 |
| 5435384 | | MARKEL, PO BOX 650028, DALLAS, TX 75265-0028 |
| 5435385 | | NATIONAL PEN COMPANY, LLC, PO BOX 847203, DALLAS, TX 75284-7203 |
| 5435386 | + | ONDECK, PO BOX 9043, ANDOVER, MA 01810-0943 |
| 5435388 | | PA DEPT OF LABOR & INDUSTRY, 651 BOAS STREET, HARRISBURG, PA 17121-0750 |
| 5435389 | | PA DEPT OF REVENUE, BURERAU OF COMPLIANCE, PO BOX 280948, HARRISBURG, PA 17128-0948 |
| 5435390 | + | PENNS PEAK, 325 MAURY ROAD, JIM THORPE, PA 18229-2811 |
| 5435391 | | POCONO CARDIOLOGY ASSOCIATES, 200 PLAZA COURT, SUITE C, EAST STROUDSBURG, PA 18301-8259 |
| 5435392 | + | PPL ELECTRIC UTILITIES, 2 N 9TH ST CPC-GENN1, ALLENTOWN, PA 18101-1179 |
| 5435393 | | REIMER BROTHERS, INC., PO BOX 16, BANGOR, PA 18013-0016 |
| 5435394 | + | RILEY AND COMPANY, INC., PO BOX 1049, STROUDSBURG, PA 18360-4049 |
| 5435395 | | ST. LUKE'S PHYSIAN GROUP BETHLEHEM, PO BOX 25837, SALT LAKE CITY, UT 84125-0837 |
| 5435396 | + | TEKNOL, INC., PO BOX 13387, DAYTON, OH 45413-0387 |
| 5435397 | + | UNITED TRANZACTIONS, 2811 CORPORATE WAY, MIRAMAR, FL 33025-3972 |
| 5435398 | | VENGROFF WILLIAMS INC, PO BOX 4155, SARASOTA, FL 34230-4155 |
| 5435399 | + | WAYNE HOBBS, PO BOX 364, TOBYHANNA, PA 18466-0364 |
| 5435400 | + | WRECKERS INTERNATIONAL, D/B/A SCHLIERS TOWING, PO BOX 465, TANNERSVILLE, PA 18372-0465 |
| 5435401 | + | ZWICKER & ASSOCIATES, P.C., 3220 TILLMAN DRIVE, SUITE 215, BENSALEM, PA 19020-2028 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5435366 | + | Email/Text: amsbankruptcy@amscollections.com | Jan 07 2022 18:38:00 | ALLEN MAXWELL & SILVER, PO BOX 540, FAIR LAWN, NJ 07410-0540 |
| 5435373 | | EDI: LCIBAYLN | Jan 07 2022 23:38:00 | COMMUNITY LOAN SERVICING, LLC, P.O. BOX 740410, CINCINNATI, OH 45274-0410 |

| | | | |
|---|---|---|---|
| 5435383 | Email/Text: jxquigg@lkqcorp.com | Jan 07 2022 18:38:00 | LKQ THRUWAY AUTO PARTS, 201 STATE ROAD (SR 248), PARRYVILLE, PA 18244 |
| 5435387 | + Email/Text: bankruptcy@ondeck.com | Jan 07 2022 18:38:00 | ONDECK CAPITAL, INC., 901 NORTH STUART STREET, SUITE 700, ARLINGTON, VA 22203-4129 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2022            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John J Martin (Trustee) | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| Rebecca Ann Solarz | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Roy Edwin Steimer lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Roy Edwin Steimer<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2111<br>EIN   27-0354931 |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:21–bk–01985–MJC | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Roy Edwin Steimer
aka Roy E. Steimer, aka Roy Steimer, fdba RS Collision Service

**By the court:**

1/7/22

Honorable Mark J. Conway
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2